UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

   v.

PAUL JOHN FOLENA, individually and as Trustee of the TRUST OF PAUL J. and EMMA L. FOLENA, et al.,

          Defendants.
                                 /

NO. CIV. S-05-2402 LKK/GGH

O R D E R

    Pursuant to court order, a Status Conference is currently set in the above-captioned case on February 6, 2006. That order provides that plaintiff shall effect service of process within forty-five days. In his status report at 2:6, plaintiff states, without explanation, that defendants have not been served.

    Accordingly, the court hereby ORDERS that:

    1. Plaintiff is ordered to SHOW CAUSE in writing within ten (10) days why sanctions in the amount of One Hundred Fifty Dollars

1

1  ($150.00) should not be imposed for his failure to timely effect
2  service of process;
3      2.  Plaintiff shall SERVE defendants with the summons and
4  complaint within twenty (20) days;
5      3.  The Status Conference, currently set for February 6, 2006,
6  is CONTINUED to April 10, 2006 at 2:00 p.m.;
7      4.  Plaintiff shall SERVE a copy of this order with service
8  of process; and
9      5.  The parties are reminded of their obligation to file and
10 serve status reports not later than ten (10) days preceding the
11 conference.
12     IT IS SO ORDERED.
13     DATED:  February 2, 2006

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT