UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

                    NO. CIV. S-05-2402 LKK/GGH

    Plaintiff,

  v.                        O R D E R

PAUL JOHN FOLENA, individually and as Trustee of the TRUST OF PAUL J. and EMMA L. FOLENA, et al.,

    Defendants.
_____/

    On February 2, 2006, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for failure to effect timely service of process. The court is in receipt of counsel's response. Good cause appearing, the order to show cause is DISCHARGED.

    IT IS SO ORDERED.

    DATED: February 23, 2006

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT