UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. CIV. S-05-2402 LKK/GGH

    Plaintiff,

  v.                      O R D E R

PAUL JOHN FOLENA, et al.,

    Defendants.
_____/

    On March 29, 2006, this court issued an order referring the above-captioned case to the magistrate judge pursuant to Local Rule 72-302(c)(21). Accordingly, the Status Conference currently set before the undersigned on April 10, 2006 is VACATED.

    IT IS SO ORDERED.

    DATED: April 6, 2006

                          /s/Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT