1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11            Plaintiff,

12      v.                                    NO. CIV. S-05-2402 LKK GGH PS

13   PAUL JOHN FOLENA, et al.,

14            Defendants.                     ORDER TO SHOW CAUSE

15   _____/

16

17              Defendants are proceeding in this action pro se.  This proceeding was referred to

18   this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).  It has come to this

19   court's attention that an individual named Thomas Folena, presumably a relative of defendants,

20   has been signing and filing various documents in this case, including the answer, a status report,

21   and a stipulation to elect referral of the action to the voluntary dispute resolution program.

22   (Docket #s 12, 13, 15.)  Thomas Folena is not attorney of record for defendants and is not a party

23   to the action.  Defendants are advised that if Thomas Folena is a practicing attorney who is

24   representing them, he must be admitted to practice in this court and make an appropriate

25   appearance.  See E.D. Local Rules 83-180, 83-182.  Therefore, the documents signed and filed by

26   Thomas Folena have no legal significance in this case.

1    Accordingly, IT IS ORDERED that:

2        1.  Defendants show cause in twenty days why the answer should not be stricken;

3    and

4        2.  Defendants' stipulation to elect referral to VDRP, filed March 22, 2006, is

5    vacated.

6    DATED:  7/26/06

                                            /s/ Gregory G. Hollows

7                                           _____

8                                           GREGORY G. HOLLOWS
                                            U.S. MAGISTRATE JUDGE
     GGH:076
9    Johnson2402.fol.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26