IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.                                  CIV. S-05-2402 LKK GGH PS

PAUL JOHN FOLENA, et al.,

    Defendants.                         ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On July 27, 2006, this court issued an order to show cause within twenty days why defendants' answer should not be stricken because it was filed by neither a defendant nor an attorney. See E.D. Cal. Local Rules 83-180, 83-182.

        Defendants have not responded to the order to show cause.

        Accordingly, the court hereby strikes defendants' answer to the complaint. Defendants may file, within thirty days of the filing date of this order and in conformance with this court's local rules, an amended answer. Failure to file an amended complaint shall render defendants in default. Fed. Rules Civ. P. 55(a).

Accordingly, IT IS ORDERED that:

1. Defendants' answer filed March 22, 2006, is stricken; and

2. Defendants may file an amended answer within thirty days of the filing date of this order.

DATED: 9/7/06                               /s/ Gregory G. Hollows

                                            _____
                                            GREGORY G. HOLLOWS
                                            U.S. MAGISTRATE JUDGE

GGH5:Johnson2402.ans