1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11            Plaintiff,

12       v.                                    CIV. S-05-2402 LKK GGH PS

13   PAUL JOHN FOLENA, et al.,

14            Defendants.                      ORDER

15   _____/

16

17            On July 27, 2006, this court issued an order to show cause why defendants'

18   answer should not be stricken because filed by neither a defendant nor an attorney.  <u>See</u> E.D. Cal.

19   Local Rules 83-180, 83-182.  Defendants did not respond.  Thus, on September 8, 2006, the court

20   struck defendants' answer but accorded defendants thirty days within which to file an amended

21   answer in conformance with the court's local rules.  Defendants were warned that failure to file

22   an amended answer would render defendants in default.  Fed. R. Civ. P. 55(a).

23            Defendants have not responded to the court's September 8, 2006 order.

24            The Clerk of Court shall therefore be directed to enter the default of defendants,

25   and plaintiff may file a motion for default judgment.

26   / / / / /

1    Accordingly, IT IS ORDERED that:

2    1.  The Clerk of Court shall enter defendants' default; and

3    2.  Plaintiff may file a motion for default judgment within thirty days of the filing

4 date of this order.

5 DATED: 11/13/06       /s/ Gregory G. Hollows

6                GREGORY G. HOLLOWS
                 U.S. MAGISTRATE JUDGE

7 GGH5:Johnson2402.def

2